**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *v*. <br><br> **MATTHEW ACKERMAN,** <br><br> Defendant. | **CRIMINAL ACTION** <br><br> **NO. 11-740-KSM-1** |

## ORDER

**AND NOW**, this 25th day of April 2022, upon consideration of Matthew Ackerman's Second Emergency Motion for Compassionate Release and/or Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 102), the Government's opposition brief (Doc. No. 103), all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Ackerman's Motion is **DENIED**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.